IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § |
| v. | § CRIMINAL NO. 4:23-CR-181-ALM-AGD <br> § <br> § |
| TRENTIS DORSEY | § <br> § |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to the Court for a report and recommendation, it conducted a hearing on March 25, 2024, to determine whether Defendant violated the terms of his supervised release. Defendant was represented by Assistant Public Defender Brian O'Shea. The Government was represented by Assistant United States Attorney Maureen Smith.

On October 7, 2021, United States District Judge Mark T. Pittman sentenced Defendant to twenty-one (21) months imprisonment followed by three (3) years of supervised release. *See* Dkts. 1-3 at 1–2; 2 at 1. On December 20, 2022, Defendant began serving his term of supervised release. *See* Dkt. 2 at 1.

On December 13, 2023, the Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 2), alleging Defendant violated two conditions of his supervised release. *Id.* at 1–3. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall participate in an outpatient program approved by the Probation Officer for the treatment of narcotic or drug or alcohol dependency that will include testing for the

1

detection of substance use and abstaining from the use of alcohol and all other intoxicants during and after completion of treatment. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1) On December 12, 2023, Defendant was arrested by the Aubrey Police Department for Aggravated Assault with a Deadly Weapon. He posted a $35,000 surety bond that same day and was released. Details of this offense have been requested but not received from the Aubrey Police Department. As of this writing, this matter remains pending.

During a conversation with the victim on December 12, 2023, she reported that she and Defendant had been in an on-and-off argument since December 7, 2023. Sometime on Saturday, December 9, 2023, the victim placed pictures of the two in plastic bags, intending to discard them. She said Defendant became upset about a picture that was thrown away. At some point on that day, the argument escalated, and the victim was pulled by her hair. She said Defendant grabbed a candle and approached her, while telling her to get his picture out of the trash. She said he also grabbed a belt and walked over to the door where she was standing. During this incident, Defendant reportedly stated, "I'm going to leave here, you're not." Defendant also stated, "I ought to take a knife and get you in the neck with it."

The night prior to Defendant's arrest, the victim stated she barricaded herself in her bedroom with a nightstand. She woke up the next morning and found Defendant in her room with a butter knife in his hand. The knife was reportedly used to unlock the bedroom door. The victim stated Defendant woke her up by yelling at her and stating he's "not taking any more losses." She stated that, given his size, she felt threatened when he walked up to her in anger. Lastly, the victim stated that, when the police finally arrived at her home, she refused to leave her bedroom until additional officers arrived. According to the victim, her home security camera caught a portion of some of the incidents, which also shows her running out of the house in fear.

(2) On March 8, 2023, Defendant appeared at the Probation Office for his initial interview. He submitted a urine specimen that tested positive for marijuana. The test results were verified by Alere Toxicology.

On April 20, 2023, Defendant appeared at the Probation Office for a random drug test and submitted a urine specimen that tested positive for marijuana. The test results were verified by Alere Toxicology.

Additionally, on April 27, 2023, Defendant failed to appear for outpatient substance abuse counseling at Fletcher Counseling.

On May 3, 2023, Defendant appeared at the Probation Office for a random drug test and submitted a urine specimen that tested positive for marijuana. The test results were verified by Alere Toxicology.

On May 31, 2023, Defendant appeared at the Probation Office for a random drug test and submitted a urine specimen that tested positive for marijuana. The sample was rejected for testing by Alere Toxicology.

On June 7, 2023, June 22, 2023, July 5, 2023, and July 27, 2023, Defendant appeared at the Probation Office for a random drug test and submitted a urine specimen that tested positive for marijuana. The test results were verified by Alere Toxicology.

On October 27, 2023, November 7, 2023, and November 29, 2023, Defendant failed to appear for drug testing at the Probation Office as part of the random drug testing program.

On December 5, 2023, Defendant appeared at the Probation Office for a random drug test and submitted a urine specimen that tested positive for marijuana. The test results were verified by Alere Toxicology.

On March 25, 2024, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for March 25, 2024. Defendant entered a plea of true to allegation two, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt. 12. The Government moved to withdraw allegation one, which the Court granted. *See* Minute Entry for March 25, 2024. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the March 25, 2024 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for nine (9) months with no term of supervised release to follow. The Court further recommends that Defendant be placed at FMC Fort Worth in Fort Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 27th day of March, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE